IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MELISSA ANDERSON,
              Plaintiff,
    v.
KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
              Defendant.

Case No. 3:23-cv-00169-RRB

### ORDER REGARDING SOCIAL SECURITY COMPLAINT

Plaintiff, through counsel, has filed a Social Security Complaint seeking judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g), and an Application to Waive the Filing Fee under 28 U.S.C. § 1915, showing that she/ he is currently unable to pay the filing fee in this case.[1]

**Therefore, IT IS HEREBY ORDERED**:

1. Plaintiff's Application to Waive the Filing Fee, at Docket 3 is GRANTED.

2. Pursuant to Rule 3, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Clerk of Court shall notify the Commissioner of the commencement of this action by transmitting a Notice of Electronic Filing to the Regional Chief Counsel, Office of the General Counsel, Region X, 701 Fifth Avenue, Suite 2900 M/S 901, Seattle, Washington 98104-7075 and the United

---

[1] Dockets 1 and 3.

States Attorney for the District of Alaska, 222 West 7th Ave., Mail Box 9, Anchorage, Alaska 99513.[2]

3. Defendant shall have sixty (60) days after receipt of the notice of the action to answer as provided by Rule 4, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

4. The parties must file and serve briefs as provided by Rules 5 through 8, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g).

DATED at Anchorage, Alaska this 3rd day of August, 2023.

*/s/Ralph R. Beistline*
United States District Judge

---

[2] If the Complaint was not filed electronically, the court must notify the plaintiff of the transmission.